Richard H. Norton, appellee, v. J. H. Hooper, appellant. Gen. No. 32,258.

Opinion filed March 29, 1928.

James H. Hooper, *pro se*. Merle E. Finch, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

Peter M. Hoffman, successor to Charles W. Peters, sheriff of Cook county, Illinois, for use of William Jacobs, defendant in error, v. J. Gray Lucas et al., plaintiffs in error. Gen. No. 32,267.

Opinion filed March 29, 1928. Rehearing denied April 12, 1928.

Edward H. Morris and J. Gray Lucas, for plaintiffs in error. Walter A. Rooney, for defendant in error.

Mr. Presiding Justice Taylor delivered the opinion of the court.

J. E. Mann, trading as Mann's Fashion Shop, plaintiff in error, v. Federal Surety Company, defendant in error. Gen. No. 32,015.

Opinion filed March 29, 1928.

Moses, Kennedy, Stein & Bachrach, for plaintiff in error; Walter Bachrach and Walter H. Moses, of counsel. McKenna & Harris, for defendant in error.

Mr. Justice Holdom delivered the opinion of the court.

Francis A. Hurley, appellee, v. City of Chicago, appellant. Gen. No. 32,139.

Opinion filed March 29, 1928.

Samuel A. Ettelson, Corporation Counsel, James M. Breen, First Assistant Corporation Counsel, and Francis J. Vurpillat, Assistant Corporation Counsel, for appellant; Francis J. Vurpillat, of counsel on the brief. Anthony J. Schmidt, for appellee.

Mr. Justice Holdom delivered the opinion of the court.